[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 29, 2011
JOHN LEY
CLERK

No. 10-13099
Non-Argument Calendar

_____

D.C. Docket No. 8:09-cr-00440-JSM-TGW-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DELROY HOLMES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 29, 2011)

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brent Armstrong, appointed counsel for Delroy Holmes, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Holmes's convictions and sentences are **AFFIRMED**.